IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TERRANCE L. TISDALE, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:12-0064 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| SHERIFF ENOCH GEORGE and ) | |
| LIEUTENANT DEBRA WAGONSCHULTZ, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon review, this action is set for a pretrial conference on **Tuesday, September 25, 2012 at 3:00 p.m.** at the United States Courthouse in **Columbia, Tennessee**. The custodian of the Plaintiff shall produce the Plaintiff for this conference.

It is so **ORDERED**.

**ENTERED** this the _14_ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge