IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TERRANCE L. TISDALE,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF ENOCH GEORGE and<br>LIEUTENANT DEBRA WAGONSCHULTZ,<br><br>    Defendants. | CASE NO. 1:12-0064<br>Chief Judge Haynes |

## ORDER

Upon review, this action is set for a pretrial conference on **Tuesday, September 25, 2012 at 3:00 p.m.** at the United States Courthouse in **Columbia, Tennessee.** The custodian of the Plaintiff shall produce the Plaintiff for this conference.

It is so **ORDERED**.

**ENTERED** this the _14_ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge